IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | C.A. NO. 6:17-cv-00090 |
| BETTY MARIE RITCHERSON, DEBORAH RITCHERSON, LISA RITCHERSON, PAULA R. MATTHEWS, AND GRETA WILLIAMS, | | |
| Defendants. | | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Unum Life Insurance Company of America ("Unum Life") and Defendants Betty Marie Ritcherson, Deborah Ritcherson, Greta Williams, and Paula Matthews[1] (collectively "Defendants"), have announced to the Court that the matters in controversy between them have been settled. In accordance with the Stipulation of Dismissal with Prejudice signed by counsel for the parties, it is

ORDERED that all claims, demands, debts, or causes of action asserted herein by and between Plaintiff, on the one hand, and Defendants, on the other hand, are DISMISSED WITH PREJUDICE; it is further

ORDERED that all costs are taxed against the party incurring them.

SO ORDERED.

---

[1] Defendant Lisa Ritcherson ("Lisa") was not served and did not appear in this lawsuit. Pursuant to Fed. R. Civ. P. 41(a)(1), Unum Life has dismissed Paula, Greta, and Lisa without prejudice.

_____
**AGREED ORDER OF DISMISSAL WITH PREJUDICE**                                    **PAGE 1**

SIGNED this ____ day of _____, 2017.

                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE

AGREED TO:


By: */s/ Bill E. Davidoff*
       Bill E. Davidoff
       State Bar No. 00790565
       Attorney-In-Charge

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX 75202
TEL:  214.939.2000
FAX:  214.939.2090

ATTORNEYS FOR PLAINTIFF
UNUM LIFE INSURANCE COMPANY OF AMERICA


By: */s/ R. John Cullar*
       R. John Cullar
       State Bar No. 05208400
       jcullar@hot.rr.com

CULLAR & MCLEOD, L.L.P.
Baylor Tower
801 Washington Avenue, Suite 500
Waco, TX 76701
Tel:  254.753.1991
Fax:  254.753.0244

ATTORNEYS FOR DEFENDANTS
BETTY MARIE RITCHERSON AND
DEBORAH RITCHERSON

By: */s/ Greta Williams*
    Greta Williams
    *Pro Se Defendant*
    1800 Hicks Dr.
    Waco, Texas 76704

By: */s/ Paula Matthews*
    Paula Matthews
    *Pro Se Defendant*
    6921 Gary Lane
    Fort Worth, Texas 76112